WHITE, EXECUTOR OF THE ESTATE OF SMITH *v.*
UNITED STATES ET AL.

No. 88–928.  Argued October 3, 1989—Decided October 16, 1989

*Kenneth A. Payment* argued the cause for petitioner.
With him on the briefs was *James M. White, pro se.*

*Alan I. Horowitz* argued the cause for respondents.  With
him on the brief were *Solicitor General Starr, Assistant At-
torney General Peterson, Deputy Solicitor General Wallace,
Charles E. Brookhart,* and *Joan I. Oppenheimer.*\*

PER CURIAM.

The writ of certiorari is dismissed as improvidently
granted.

JUSTICE WHITE dissents.

---

\**Waller H. Horsley, Louis A. Craco, Charles E. Heming, Jonathan G.
Blattmachr, Arthur M. Sherwood, Alexander C. Cordes, Sanford J. Schle-
singer, Jules J. Haskel, Albert Kalter, Thomas P. Sweeney,* and *Geraldine
S. Hemmerling* filed a brief for the New York State Bar Association et al.
as *amici curiae* urging reversal.